FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2022

No. 04-22-00411-CV

**IN THE INTEREST OF E.M.O.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00818
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due on August 22, 2022. *See* TEX. R. APP. P. 28.4(a), 38.6(a). After the due date, Appellant filed an opposed motion for a thirty-day extension of time to file the brief.

Appellant's motion is granted; the brief is due on September 21, 2022.

It is so **ORDERED** on August 26, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT